1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-11-272 MCE |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE** |
| v. | ) ) | **STATUS CONFERENCE AND TO EXCLUDE TIME** |
| JOHN GEORGE COULTER, JR., | ) ) | Date: October 20, 2011 |
| Defendant. | ) ) | Time: 9:00 a.m. Judge: Morrison C. England, Jr. |
| _____ | ) | |

It is hereby stipulated and agreed to by and between the United States of America, through Samantha Sue Spangler, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Thursday, October 13, 2011, be vacated and a new status conference hearing date of Thursday, October 20, 2011, at 9:00 a.m., be set.

The reason for this continuance is to allow defense counsel additional time to review the discovery with the defendant, to examine the possible defenses, and to continue investigating the facts of the case.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including October 20, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served

/ / /

/ / /

| | |
|---|---|
| 1 | in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of |
| 2 | the public and the defendant to a speedy trial. |

Dated:  October 12, 2011                              Respectfully submitted,

                                                            DANIEL J. BRODERICK
                                                            Federal Defender

                                                            */s/ Matthew C. Bockmon*
                                                            MATTHEW C. BOCKMON
                                                            Assistant Federal Defender
                                                            Attorney for Defendant
                                                            JOHN GEORGE COULTER, JR.

Dated: October 12, 2011                              BENJAMIN B. WAGNER
                                                            United States Attorney

                                                            */s/ Matthew C. Bockmon for*
                                                            SAMANTHA SUE SPANGLER
                                                            Assistant U.S. Attorney
                                                            Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on October 14, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference hearing currently scheduled for Thursday, October 13, 2011, be vacated and that the case be set for status conference hearing on **Thursday, October 20, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 14, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including October 20, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

IT IS SO ORDERED.

Dated: October 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE