DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN GEORGE COULTER, JR.,<br><br>Defendant. | NO. CR-S-11-272 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date: November 17, 2011<br>Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Samantha Sue Spangler, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Thursday, October 20, 2011, be vacated and a new status conference hearing date of Thursday, November 17, 2011, at 9:00 a.m., be set.

The reason for this continuance is to allow defense counsel additional time to review a recently received plea offer with the client, who resides out of state.

///
///
///
///
///

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including November 17, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated: October 19, 2011          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOHN GEORGE COULTER, JR.

Dated: October 19, 2011          BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
SAMANTHA SUE SPANGLER
Assistant U.S. Attorney
Attorney for Plaintiff

# **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on October 25, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference hearing currently scheduled for Thursday, October 20, 2011, be vacated and that the case be set for status conference hearing on **Thursday, November 17, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 25, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including November 17, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated:   October 25, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE