1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:11-cr-00272-MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO VACATE** |
| | ) **STATUS CONFERENCE AND TO SET** |
| v. | ) **CHANGE OF PLEA HEARING AND** |
| | ) **EXCLUDE TIME** |
| JOHN GEORGE COULTER, JR., | ) |
| | ) Date : April 26, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Samantha Spangler, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Thursday, March 29, 2012, be vacated and a change of plea hearing date of Thursday, April 26, 2012, at 9:00 a.m., be set.

The reason for this continuance is because the parties have reached a resolution in this case but need more time to finalize the plea agreement. In addition, Mr. Coulter is unable to afford transportation from his residence in Boston, Massachusetts, to the hearing in Sacramento. Defense counsel will be submitting an application to the Court for an order for transportation and subsistence costs pursuant to 18 U.S.C. §4285.

///

///

///

1 | It is further stipulated that the time period from the date of this stipulation, March 28, 2012, through and including April 26, 2012, shall be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated: March 28, 2012                             Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOHN GEORGE COULTER, JR.

Dated: March 28, 2012                             BENJAMIN B. WAGNER
United States Attorney

 */s/ Matthew C. Bockmon for*
SAMANTHA SPANGLER
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 29, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for March 29, 2012, be vacated and the matter be set for change of plea hearing on **Thursday, April 26, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 29, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including April 26, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: March 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE