FILED

APR - 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOHN GEORGE COULTER, JR.
6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           ) No. CR-S-11-272 MCE
                                       )
12                 Plaintiff,          ) ᴅ⁻ᴅ
                                       ) APPLICATION AND [PROPOSED] ORDER
13         v.                          ) FOR TRANSPORTATION AND
                                       ) SUBSISTENCE PURSUANT TO U.S.C. § 4285
14 JOHN GEORGE COULTER, JR.,           )
                                       )
15                 Defendant.          ) Magistrate Judge: Dale A. Drozd
                                       )
16 _____)

17         Defendant, JOHN GEORGE COULTER, JR., through undersigned counsel, hereby requests an order

18 for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

19         Mr. Coulter, Jr., is financially unable to provide the necessary transportation from his place of

20 residence in Boston, Massachusetts, to Sacramento, California for his change of plea hearing on Thursday,

21 April 26, 2012, at 9:00 a.m. Because of the long distance between Boston and Sacramento, and the early hour

22 at which the hearing is scheduled, Mr. Coulter, Jr., needs to arrive in Sacramento on April 25, 2012, requiring

23 an overnight stay at a hotel.

24         Accordingly, the defendant John George Coulter, Jr., requests the court to direct the United States

25 Marshal to furnish the defendant, John George Coulter, Jr., with round-trip transportation between Boston,

26 ///

27 ///

28 ///

1 | Massachusetts, and Sacramento, California, as well as subsistence cost that will include a hotel and meals for
2 | the required overnight stay.
3 | Dated: April 4, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
Assistant Federal Defender
Attorney for Defendant
JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-272 MCE |
| Plaintiff, | PAD |
| v. | ~~[PROPOSED]~~ ORDER FOR TRANSPORTATION |
| JOHN GEORGE COULTER, JR., | Magistrate Judge: Dale A. Drozd |
| Defendant. | |

TO: UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA

GOOD CAUSE APPEARING, it has been determined that defendant, JOHN GEORGE COULTER, JR., is financially unable to provide the necessary transportation from his place of residence in Boston, Massachusetts, to Sacramento, California, for his change of plea hearing before the district court on April 26, 2012, at 9:00 a.m.

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §4285, the United States Marshals Service for the Eastern District of California shall make round-trip travel arrangements, or furnish transportation expenses, to the above-named defendant for his change of plea hearing on **Thursday, April 26, 2012, at 9:00 a.m.** In addition, the United States Marshal shall furnish Mr. Coulter, Jr., with money for subsistence expenses to his destination, the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code. Mr. Coulter, Jr., is financially unable to be in Sacramento on this date without transportation and subsistence expenses.

DATED: April 4, 2012

DALE A. DROZD
United States Magistrate Judge

1