1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOHN GEORGE COULTER, JR.

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  CASE NO. CR-S-11-272 MCE
                                       )
12              Plaintiff,             )  **STIPULATION AND ORDER TO CONTINUE**
                                       )  **CHANGE OF PLEA HEARING AND TO**
13      v.                             )  **EXCLUDE TIME**
                                       )
14  JOHN GEORGE COULTER, JR.,          )  Date : June 28, 2012
                                       )  Time: 9:00 a.m.
15              Defendant.             )  Judge: Morrison C. England, Jr.
                                       )
16  _____   )

17      It is hereby stipulated and agreed to by and between the United States of America, through Samantha

18  Spangler, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his

19  counsel, Matthew C. Bockmon, Assistant Federal Defender, that the change of plea hearing currently set for

20  Thursday, April 26, 2012, be vacated and a new change of plea hearing date of Thursday, June 28, 2012, at 9:00

21  a.m., be set.

22      The reason for this continuance is because the client is unavailable as he is scheduled to undergo

23  surgery on April 25, 2012. Defense counsel has received a letter from the Department of Veterans Affairs in

24  Boston, Massachusetts, indicating that Mr. Coulter's activity should be limited for 6 to 8 weeks following

25  surgery.

26      It is further stipulated that the time period from the date of this stipulation, April 24, 2012, through and

27  including the date of the new change of plea hearing, June 28, 2012, shall be excluded under the Speedy Trial

28  Act 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends

of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated: April 24, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOHN GEORGE COULTER, JR.

Dated: April 24, 2012

BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
SAMANTHA SPANGLER
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on April 26, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the change of plea hearing currently set for Thursday, April 26, 2012, be vacated and that the case be set for **Thursday, June 28, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 26, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including June 28, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

1    Dated:  April 26, 2012

2

3                                                                    _____
                                                                     MORRISON C. ENGLAND, JR.
4                                                                    UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                 3