1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-11-272 MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **STATUS CONFERENCE AND TO EXCLUDE** |
| v. | ) **TIME** |
| JOHN GEORGE COULTER, JR., | ) Date : May 30, 2013 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to by and between the United States of America, through Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference currently set for Thursday, March 28, 2013, be vacated and a new status conference hearing date of Thursday, May 30, 2013, at 9:00 a.m., be set.

The continuance is necessary to complete the defendant's competency evaluation. The government has researched doctors available to conduct the evaluation. Additional time is needed for the parties to discuss and arrange the evaluation.

It is further stipulated that the time period from the date of this stipulation, March 25, 2013, through and including May 30, 2013, shall be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and

/ / /

/ / /

(B)(iv) and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated: March 25, 2013

                                                  Respectfully submitted,

                                                  JOSEPH SCHLESINGER
Acting Federal Defender

                                                  */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOHN GEORGE COULTER, JR.

Dated: March 25, 2013                           BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  */s/ Matthew C. Bockmon for*
PHILLIP ALLEN TALBERT
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 26, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Thursday, March 28, 2013, be vacated and that the case be set for **Thursday, May 30, 2013, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 26, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of March 25, 2013, through and including May 30, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

    IT IS SO ORDERED.

Date: March 26, 2013

                                                   MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                  UNITED STATES DISTRICT JUDGE