| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, Bar # 161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | JOHN GEORGE COULTER, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-11-272 MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE** |
| | ) | **STATUS CONFERENCE AND TO EXCLUDE** |
| v. | ) | **TIME** |
| | ) | |
| JOHN GEORGE COULTER, JR., | ) | Date : July 18, 2013 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Morrison C. England, Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to by and between the United States of America, through Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference currently set for Thursday, May 30, 2013, be vacated and a new status conference hearing date of Thursday, July 18, 2013, at 9:00 a.m., be set.

The continuance is necessary to complete the defendant's competency evaluation. The defendant's medical records have been reviewed by the selected doctor and he is scheduled to meet with the doctor for his competency evaluation.

It is further stipulated that the time period from the date of this stipulation, May 24, 2013, through and including July 18, 2013, shall be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and

/ / /

/ / /

(B)(iv) and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated: May 24, 2013

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
Federal Defender

                                          */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOHN GEORGE COULTER, JR.

Dated: May 24, 2013                       BENJAMIN B. WAGNER
                                          United States Attorney

                                          */s/ Matthew C. Bockmon for*
PHILLIP ALLEN TALBERT
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on May 28, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Thursday, May 30, 2013, be vacated and that the case be set for **Thursday, July 18, 2013, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 28, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of May 24, 2013, through and including July 18, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Date: May 28, 2013

                                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                      UNITED STATES DISTRICT COURT