| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, # 161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | JOHN GEORGE COULTER, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-11-272 MCE |
| | ) | |
| Plaintiff, | ) | **AMENDED STIPULATION AND ORDER TO** |
| | ) | **CONTINUE STATUS CONFERENCE AND TO** |
| v. | ) | **EXCLUDE TIME** |
| | ) | |
| JOHN GEORGE COULTER, JR., | ) | Date : October 10, 2013 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Morrison C. England, Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to by and between the United States of America, through Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference currently set for Thursday, September 5, 2013, be vacated and a new status conference hearing date of Thursday, October 10, 2013, at 9:00 a.m., be set.

The continuance is necessary to arrange travel for COULTER from Los Angeles and for attorney consult regarding defendant's evaluation.

It is further stipulated that the time period from the date of this stipulation, August 29, 2013, through and including October 10, 2013, shall be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and

/ / /

/ / /

1  (B)(iv) and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing
2  the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.
3  Dated:  August 29, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOHN GEORGE COULTER, JR.

Dated: August 29, 2013                                      BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
PHILLIP ALLEN TALBERT
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on September 4, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Thursday, September 5, 2013, be vacated and that the case be set for **Thursday, October 10, 2013, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 4, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of August 29, 2013, through and including October 10, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Date: September 04, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT