| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | Matthew_Bockmon@fd.org |

Attorney for Defendant
JOHN GEORGE COULTER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:11-cr-00272-MCE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE AND TO EXCLUDE |
| vs. | ) TIME |
| | ) |
| JOHN GEORGE COULTER, JR., | ) Date:   November 14, 2013 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Morrison C. England, Jr. |
| | ) |

   It is hereby stipulated and agreed to by and between the United States of America, through Phillip Allen Talbert, Assistant U.S. Attorney, and defendant, JOHN GEORGE COULTER, JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference currently set for Thursday, October 24, 2013, be vacated and a new status conference hearing date of Thursday, November 14, 2013, at 9:00 a.m., be set.

   The continuance is necessary to arrange travel for COULTER from Los Angeles and for attorney consult regarding defendant's evaluation.

   It is further stipulated that the time period from the date of this stipulation, October 21, 2013, through and including November 14, 2013, shall be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated: October 21, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ MATTHEW C. BOCKMON*
MATTHEW C. BOCKMON
Assistant Federal Defender

Attorney for Defendant
JOHN GEORGE COULTER, JR.

## ORDER

Based on the reasons set forth in the stipulation of the parties filed on October 21, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Thursday, October 24, 2013, be vacated and that the case be set for Thursday, November 14, 2013, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 21, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of October 21, 2013, through and including November 14, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: October 22, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT